McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUE VUE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | CASE NO. 2:04-CV-02527-GGH<br><br>STIPULATION AND ORDER TO REDACT THE ADMINISTRATIVE TRANSCRIPT |

　　　　The parties to the above-captioned action, by and through the undersigned counsel, with the appproval of the Court, hereby stipulate that the administrative transcript certified April 20, 2005, contains confidential extra-party records at pages 288, 299 and 300, which have no bearing on this case.  The parties therefore stipulate that Defendant will redact said pages by removing them from the administrative transcript prior to the serving and filing of said transcript.

　　　　The parties further stipulate that any review copies of the records found at pages 288, 299 and 300, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

　　　　The parties further stipulate that the inadvertent inclusion of said records in the administrative transcript is not and will not be a basis for a claimed error.

　　　　The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

document bearing counsel's original signature for retention in Defendant's case file, amd hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: June 20, 2005          /s/ David M. Shore
                              DAVID M. SHORE
                              Attorney at Law

                              Attorney for Plaintiff

DATED: June 20, 2005          McGREGOR W. SCOTT
                              United States Attorney

                              By: /s/ Bobbie J. Montoya
                              BOBBIE J. MONTOYA
                              Assistant U. S. Attorney

                              Attorneys for Defendant

_____oOo_____

**ORDER**

**APPROVED AND SO ORDERED.**

**DATED: 6/22/05**               /s/ Gregory G. Hollows
                              **GREGORY G. HOLLOWS**
                              **UNITED STATES MAGISTRATE JUDGE**

vue2527.ord06